UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIM ADAMS,

    Plaintiff,

v.

TERRY ANN DELORIA, et al.,

    Defendants.

Case No. 19-cv-05609-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendants' motion to dismiss the complaint with prejudice,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge